IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 21-1389 KG |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM
### FOR TEMPORARY CUSTODY OF WITNESS

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Testificandum directed to the United States Marshals Service for the Western District of Texas, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the United States Marshals Service for the Western District of Texas to surrender ERIC MATTHEW WEAVER, USMS #41730-180, to the United States Marshal for the District of New Mexico or her representative in order that ERIC MATTHEW WEAVER may be taken to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case before the Honorable Kenneth J. Gonzales from June 6, 2022 through June 10, 2022, at 9:00 a.m.

ERIC MATTHEW WEAVER is to be returned to the United States Marshals Service for the Western District of Texas at the conclusion of the hearing or proceeding for which his appearance is required.

_____
KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE